

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | **1 : 16 CR 167** |
| ) | |
| v. ) | CASE NO. **JUDGE NUGENT** |
| ) | Title 21, §§ 841(a)(1), and |
| DEVON BLAKE, ) | (b)(1)(D), United States Code |
| RASHON BLAKE, ) | Title 21, § 846, United States |
| TAMIKA S. EMBRY, ) | Code; |
| AARON L. KELLY, ) | Title 18, § 201(b)(2)(C), United |
| DARTAGNAN B. MITCHELL, ) | States Code |
| ) | |
| Defendants. ) | |

The Grand Jury charges:

<u>GENERAL ALLEGATION</u>

1. At all times relevant to this indictment, DEVON BLAKE, RASHON BLAKE, TAMIKA S. EMBRY, AARON L. KELLY, and DARTAGNAN B. MITCHELL were United States Postal Carriers employed by the United States Postal Service and are therefore "public officials" as defined by Title 18, United States Code, Section 201(a)(1).

2. As postal carriers, it was a violation of the lawful duty of DEVON BLAKE, RASHON BLAKE, EMBRY, KELLY, and MITCHELL to knowingly and willfully obstruct or

delay the mail; fail to deliver mail to the addressee; and to knowingly possess with intent to distribute and to distribute marijuana.

## COUNT 1

The Grand Jury further charges:

1. The allegations in paragraphs 1 and 2 of the General Allegations are incorporated by reference as if fully set forth herein.

### THE VIOLATION

2. Beginning at least as early as May 1, 2015, and continuing until at least on or about July 17, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, DEVON BLAKE, RASHON BLAKE, TAMIKA S. EMBRY, AARON L. KELLY, and DARTAGNAN B. MITCHELL, the defendants herein, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with Kevin Collins, named but not charged herein, and with diverse others both known and unknown to the grand jury, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

### OBJECT OF THE CONSPIRACY

The object of the conspiracy was for co-conspirators to make a profit by importing marijuana into the Northern District of Ohio, where it would be distributed to others.

### MANNER AND MEANS

It was part of the conspiracy that:

3. DEVON BLAKE, RASHON BLAKE, EMBRY, KELLY, and MITCHELL informed Collins of their work schedules and of addresses on their respective postal routes.

4. Collins arranged for parcels containing marijuana to be shipped via the United States Postal Service to addresses on postal routes of DEVON BLAKE, RASHON BLAKE,

2

EMBRY, KELLY, and MITCHELL, which were scheduled for delivery on dates a defendant was scheduled to work.

5. DEVON BLAKE, RASHON BLAKE, EMBRY, KELLY, and MITCHELL took possession of the parcels containing marijuana.

6. Rather than deliver the packages to the delivery address listed on the package, DEVON BLAKE, RASHON BLAKE, EMBRY, KELLY, and MITCHELL gave the packages directly to Collins.

7. After the packages were given to Collins, DEVON BLAKE, RASHON BLAKE, EMBRY, and MITCHELL frequently improperly scanned or did not scan the delivery status in an attempt to disguise the packages' actual status.

8. Collins gave United States currency to DEVON BLAKE, RASHON BLAKE, EMBRY, KELLY, and MITCHELL in exchange for their role in diverting the packages to him.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(D).

## COUNT 2

The Grand Jury further charges:

1. The allegations in paragraphs 1 and 2 of the General Allegations are incorporated by reference as if fully set forth herein.

2. Beginning at least as early as May 1, 2015, and continuing until at least on or about July 17, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, DEVON BLAKE, the Defendant, did directly and indirectly corruptly demand, seek, receive, accept and agree to receive and accept a thing of value personally in return for being induced to do an act in violation of his official duty, in that Defendant demanded, sought, received, accepted and agreed

3

to receive and accept United States Currency in return for delivery of United States mail packages containing marijuana directly to Kevin Collins, in violation of Title 18, United States Code, Section 201(b)(2)(C).

## COUNT 3

The Grand Jury further charges:

1. The allegations in paragraphs 1 and 2 of the General Allegations are incorporated by reference as if fully set forth herein.

2. Beginning at least as early as May 1, 2015, and continuing until at least on or about July 17, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, RASHON BLAKE, the Defendant, did directly and indirectly corruptly demand, seek, receive, accept and agree to receive and accept a thing of value personally in return for being induced to do an act in violation of his official duty, in that Defendant demanded, sought, received, accepted and agreed to receive and accept United States Currency in return for delivery of United States mail packages containing marijuana directly to Kevin Collins, in violation of Title 18, United States Code, Section 201(b)(2)(C).

## COUNT 4

1. The allegations in paragraphs 1 and 2 of the General Allegations are incorporated by reference as if fully set forth herein.

2. Beginning at least as early as May 1, 2015, and continuing until at least on or about July 17, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, TAMIKA S. EMBRY, the Defendant, did directly and indirectly corruptly demand, seek, receive, accept and agree to receive and accept a thing of value personally in return for being induced to do an act in violation of his official duty, in that Defendant demanded, sought, received, accepted and agreed to receive and accept United States Currency in return for delivery of United States mail

packages containing marijuana directly to Kevin Collins, in violation of Title 18, United States Code, Section 201(b)(2)(C).

### COUNT 5

The Grand Jury further charges:

1. The allegations in paragraphs 1 and 2 of the General Allegations are incorporated by reference as if fully set forth herein.

2. Beginning at least as early as May 1, 2015, and continuing until at least on or about July 17, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, AARON L. KELLY, the Defendant, did directly and indirectly corruptly demand, seek, receive, accept and agree to receive and accept a thing of value personally in return for being induced to do an act in violation of his official duty, in that Defendant demanded, sought, received, accepted and agreed to receive and accept United States Currency in return for delivery of United States mail packages containing marijuana directly to Kevin Collins, in violation of Title 18, United States Code, Section 201(b)(2)(C).

### COUNT 6

The Grand Jury further charges:

1. The allegations in paragraphs 1 and 2 of the General Allegations are incorporated by reference as if fully set forth herein.

2. Beginning at least as early as May 1, 2015, and continuing until at least on or about July 17, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, DARTAGNAN B. MITCHELL, the Defendant, did directly and indirectly corruptly demand, seek, receive, accept and agree to receive and accept a thing of value personally in return for being induced to do an act in violation of his official duty, in that Defendant demanded, sought, received, accepted and agreed to receive and accept United States Currency in return for delivery

of United States mail packages containing marijuana directly to Kevin Collins, in violation of Title 18, United States Code, Section 201(b)(2)(C).

## COUNT 7

The Grand Jury further charges:

On or about June 12, 2015, in the Northern District of Ohio, Eastern Division, RASHON BLAKE did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 8

The Grand Jury further charges:

On or about June 12, 2015, in the Northern District of Ohio, Eastern Division, TAMIKA S. EMBRY did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 9

The Grand Jury further charges:

On or about July 17, 2015, in the Northern District of Ohio, Eastern Division, DARTAGNAN B. MITCHELL did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 10

The Grand Jury further charges:

On or about July 17, 2015, in the Northern District of Ohio, Eastern Division, AARON L. KELLY did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 11

The Grand Jury further charges:

On or about July 17, 2015, in the Northern District of Ohio, Eastern Division, DEVON BLAKE did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.